WATSON et ux, *Petitioners,*
*v.*
OREGON LIQUOR CONTROL COMMISSION,
*Respondent.*
(No. CA 8995)
573 P2d 319

Michael J. Bird, Grants Pass, argued the cause for petitioner. With him on the brief was Brown, Hughes, Bird & Lane, Grants Pass.

Jan P. Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A Redden, Attorney General, Al J. Laue, Solicitor General, and Melinda L. Bruce, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Buttler and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The sole question in this case is whether there is substantial evidence supporting the finding of the Oregon Liquor Control Commission that petitioners, through an employe, sold an alcoholic beverage to a minor. While the evidence is not overwhelming, it is sufficient to support the finding.

Affirmed.